Page 1 of 7

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | |
|---|---|
| JAMES I. WILLIAMS | ) |
| *Plaintiff/Petitioner* | ) |
| CAROLYN W. COLVIN, as Acting Commissioner | ) |
| of the Social Security Administration | ) |
| *Defendant/Respondent* | ) |

Civil Action No.   1:16-cv-30-TWP-DKL

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims or an adverse ruling on this application.

Signed: *James I Williams*

**Instructions**

Complete all questions in this application and then sign it. **Do not leave any blanks**: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, please use the space provided on Page 7 of this form or attach additional sheets, if necessary, identified with your name and the question number.

Date: 12-30-15

**If you are a prisoner**, you must attach a statement certified by the appropriate institutional officer showing all receipts and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 1500⁰⁰ | $ 0 | $ 1500⁰⁰ |
| Self-employment* | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property *(such as rental income)* | $ 0 | $ 0 | $ 0 | $ 0 |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ | $ | $ | $ |
| Gifts, Inheritances, or Trust Funds | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement *(such as social security, pensions, annuities, insurance, IRA, 401(k))* | $ | $ | $ | $ |
| Disability *(such as social security, disability insurance payments, life insurance payments, or worker's compensation payments)* | $ 517 00 | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ 130— TANIF | $ | $ |
| Other *(specify)*: Food Stamps $288/month | $ 288 00 | $ | $ for Grandchild | $ |
| **Total monthly income:** | $ 805 | $ 1630 00 | $ | $ |

  * If self-employed, please list business assets in the "Business Asset" section of this form.

2.     List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

3.     List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| MARSH | 21ST + POST RD INDPLS 46219 | 9-2009 PRESENT | $ 1500 00 |
| | | | $ |

4.     How much cash do you and your spouse have? $ 50 00

  a.  Below, state any money you or your spouse have in bank accounts or in any other financial institution.
  572.83

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

| Financial institution | Type of account | Please specify whose name is on the account or if it is a joint account, please write "joint account" | Please list the balance in the account |
|---|---|---|---|
| HUNTINGTON | CHECKING | $ JOINT | $ 572.83 |
| | | $ ACCOUNT | $ |
| | | $ | $ |

b.  Please specify below if you own any stocks, bonds, options, securities, Certificate of Deposits (CDs), or any other financial instruments and list the value of each.

| Financial instrument | Value |
|---|---|
| NONE | $ |
| | $ |
| | $ |

c.  Please indicate if you have a trust fund and, if so, state the value. $ NONE

5.    a. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* (Rent) | $ 0 |
| Other real estate *(i.e., cottage, vacation home/condo, rental property, land, buildings, etc.) (Please specify and list the value for each.)* | $ 0 |
| Motor vehicle #1 *(Value)* | $ 4000 |
| Make and year: 2005  PLYmouth   Model:  PT  CRUISER | |
| Motor vehicle #2 *(Value)* | $ 5000 |
| Make and year:  CHEVY  2002   Model:  2 WHEEL DRIVE  1500 | |
| Recreational vehicles *(i.e. motorcycle, motor home, camper, snowmobile) (Please specify and list the value of each.)* | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

| | |
|---|---|
| Boat (or any other watercraft) *(Please specify and list the value for each.)* | $ |
| Other assets *(Please list only items with a value of $500 or more and provide the value for each item.)* | $ |

        b.  If you are self-employed, please list any business assets associated with your business and their value.

| Business Assets | |
|---|---|
| Business/Profession/Farm *(Value)* | $ |
| Business equipment/office equipment *(Value)* | $ |
| Inventory *(Value)* | $ |
| Machinery *(Value)* | $ |
| Livestock *(Value)* | $ |
| Other business assets *(Please list only items with a value of $500 or more and provide the value for each item.)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support. If the individual is a minor (under the age of 18), please do NOT list the minor's name; please use ONLY the initials for the minor's name.

| Name (or, if under 18, initials only) | Relationship/Type of Support | Age |
|---|---|---|
| KENNITH   WILLIAMS | GRANDSON   LIVES with us (we have Guardianship of him) | 7 |
| | | |
| | | |

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| | | |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

| Expense | | |
|---|---|---|
| Rent or Home-Mortgage Payment (including lot rented for mobile home) | $ 1030 | $ 1030 |
| Are real estate taxes included? ☐ Yes ☑ No Is property insurance included? ☐ Yes ☑ No | | |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* 250 utility 120 cab 70 phones | $ 128 | $ 320 |
| Home maintenance *(repairs and upkeep)* | $ 30 | $ |
| Food (includes $288 food stamps) | $ 400 | $ 150 |
| Clothing | $ 70 | $ 45 |
| Laundry and dry-cleaning | $ 40.00 | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* (Gas, repairs, maintence) | $ 180 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: (rent affted) | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ 60 |
|     Motor vehicle: | $ | $ 31 |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 788 | $ 1636 |

Page 6 of 7

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

   If yes, how much? $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

   BROKE  CAN  BARELY  PAY  RENT, UTILITYS, AND FOOD. CAN NO LONGER AFFORD RENTER'S INSURANCE.

12. Identify the city and state of your legal residence.   INDPLS, IND. 46229

   Your daytime phone number:   317 895 1509
   Your age: 58   Your years of schooling: 8
   Last four digits of your social-security number: 3793

**PLEASE CAREFULLY REVIEW THE INFORMATION YOU PROVIDED ABOVE FOR ACCURACY AND COMPLETENESS.  PLEASE MAKE SURE YOU HAVE SIGNED AND DATED THIS FORM IN THE SPACES PROVIDED ON PAGE 1**

If this request to proceed without prepaying fees and costs is granted, you may still be assessed a filing fee, payable over time consistent with terms that will be set forth in an Entry or Order from the court ($350 for a civil action and $5 for an application seeking issuance of a writ of habeas corpus).

If this request is not granted, the total filing fee you must pay in order for this case to proceed will be: a) $5 for an application seeking issuance of a writ of habeas corpus, or b) $400 for a civil action (a $350 filing fee plus a $50 administrative fee assessed consistent with the Miscellaneous Fee Schedule appended to 28 U.S.C. § 1014, effective May 1, 2013).

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (12/13)

Please use this page for any additional space you may require. (If you require additional sheets, please attach them to this form and make sure your name is on each additional sheet) Please make sure you list the question number on this sheet (or any additional sheets) to which you are providing additional information.

**ADDITIONAL INFORMATION:**