UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES I. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:16-cv-0030-TWP-DKL |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Respondent. | ) |

**Entry Granting *In Forma Pauperis* Status and Directing Service of Process**

**I.**

The plaintiff's request to proceed *in forma pauperis* [dkt. no. 2] is **granted.**

**II.**

The clerk is directed to **issue summons** to the defendant and to other officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2).

The Marshal for this District is directed to **serve** the summons and complaint, with a copy of this Entry, at the expense of the United States.

**IT IS SO ORDERED.**

Date: 2/1/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jennifer Michelle Hess, Petit & Hess, 2000 E. 116th St., Ste. 106, Carmel, IN 46032
Office of the United States Attorney, 10 West Market Street, Suite 2100,
    Indianapolis, IN  46204-3048
United States Marshal, 46 East Ohio Street, 179 U.S. Courthouse, Indianapolis, IN 46204